IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN ELLIS PORTER,** | ) CV F 03-6431  WMW HC |
| Petitioner, | ) ORDER GRANTING<br>) EXTENSION OF TIME |
| v. | ) |
| **DERRAL ADAMS, WARDEN,** | ) [Doc. 32] |
| Respondent. | ) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 28, 2005, Petitioner filed a motion for a sixty-day extension of time to file his reply to Respondent's opposition to his motion for a stay of the proceedings and to amend his petition.  Good cause appearing, Petitioner's request is HEREBY GRANTED.  Petitioner shall file his reply no later than January 31, 2006.

IT IS SO ORDERED.

Dated:   **January 4, 2006**                /s/  William M. Wunderlich
bl0dc4                                         UNITED STATES MAGISTRATE JUDGE