IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN ELLIS PORTER,** ) | CV F 03-6431  WMW HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION |
| ) | FOR EQUITABLE TOLLING |
| v. ) | |
| ) | [Doc. 47] |
| ) | |
| **DERRAL ADAMS, WARDEN,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 25, 2005, Petitioner filed a Request to Amend the Petition and an Application for Stay/Abeyance Procedures and Nunc Pro Tunc Equitable Tolling of the AEDPA Statute of Limitation Applicable to this Case.  In part, Petitioner sought an order finding that he is entitled to equitable tolling of the statute of limitations back to the date of the filing of his petition.  In an order entered March 16, 2006, the court held: "It would be premature for the court to address this issue before it addresses a timely filed motion to amend.  Accordingly, Petitioner's request for an order tolling the

statute of limitations will be denied without prejudice." On April 5, 2006, Petitioner filed another motion for equitable tolling. For the same reasons stated in the court's previous order, Petitioner's present motion for equitable tolling filed April 5, 2006, is HEREBY DENIED without prejudice to Petitioner renewing this motion in connection with a motion to amend after the stay has been lifted in this case.

IT IS SO ORDERED.

**Dated:** **April 7, 2006**           **/s/  William M. Wunderlich**
bl0dc4                          UNITED STATES MAGISTRATE JUDGE