1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BRIAN ELLIS PORTER,** | ) | **CV F 03-6431  WMW HC** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **ORDER DENYING MOTION** |
| **v.** | ) | **FOR EVIDENTIARY** |
| | ) | **HEARING** |
| | ) | |
| **DERRAL ADAMS, WARDEN,** | ) | [Doc. 45 ] |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  This case is stayed pursuant to an order entered March 16, 2006, granting Petitioner's request for a stay pending exhaustion of his claims at the California Supreme Court.

On March 27, 2006, Petitioner filed a request for an evidentiary hearing.   The court denied that motion in an order entered March 29, 2006.  On April 5, 2006, Petitioner filed

another motion for an evidentiary hearing.  That motion is HEREBY DENIED for the same

reasons previously stated in the court's order of March 29, 2006.


IT IS SO ORDERED.

**Dated:    April 7, 2006**                         _____/s/  **William M. Wunderlich**_____
bl0dc4                                                   UNITED STATES MAGISTRATE JUDGE