IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN ELLIS PORTER,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>**DERRAL ADAMS, WARDEN,** )<br>)<br>Respondent. )<br>)<br>_____ ) | CV F 03-6431  WMW HC<br><br>**ORDER DENYING MOTIONS**<br><br>[Doc. 50 ] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  This case is stayed pursuant to an order entered March 16, 2006, granting Petitioner's request for a stay pending exhaustion of his claims at the California Supreme Court.

On April 12, 2006, Petitioner filed a motion for leave to amend his petition, for discovery, for a subpoena, and for an evidentiary hearing.  These motions are HEREBY

1 | DENIED without prejudice to Petitioner's right to renew the motions when the stay in this
2 | case has been lifted.

4 | IT IS SO ORDERED.

5 | **Dated:   June 27, 2006**              **/s/  William M. Wunderlich**
    bl0dc4                                  UNITED STATES MAGISTRATE JUDGE