IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN ELLIS PORTER, | ) | CV F 03-6431  WMW HC |
| | ) | |
| Petitioner, | ) | ORDER RE MOTION |
| | ) | REQUESTING TO FILE |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| | ) | [Doc. 58] |
| DERRAL ADAMS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 10, 2006, this court entered an order requiring Respondent to file an answer to the additional claims addressed in the amended petition.  On September 6, 2006, Respondent filed a motion with the court, requesting either permission to file a motion to dismiss rather than an answer, or an extension of time to file his answer.  Good cause appearing, Respondent is HEREBY GRANTED permission to file a motion to dismiss the additional claims, rather than an answer.

    Respondent shall file his motion to dismiss within thirty (30) days of the date of

1  service of this order.  Petitioner shall have thirty (30) days after service of the motion to
2  dismiss within which to file an opposition.  Respondent shall have fifteen (15) days thereafter
3  within which to file a reply.
4      Respondent's request for an extension of time to file an answer to DENIED as moot.

8  IT IS SO ORDERED.

9  **Dated:**   **December 8, 2006**                /s/  **William M. Wunderlich**
   bl0dc4                                          UNITED STATES MAGISTRATE JUDGE

2