IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN ELLIS PORTER,** | CV F 03-6431  WMW HC |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| **DERRAL ADAMS, WARDEN,** | [Doc. 63] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 12, 2007, Petitioner filed a motion for an extension of time until February 13, 2007, to file an opposition to Respondent's motion to dismiss.  Good cause appearing, Petitioner's request for an extension of time is HEREBY GRANTED.  In the interests of judicial economy,  Petitioner is HEREBY GRANTED an

1  extension of time until February 27, 2007, to file his opposition.

3  IT IS SO ORDERED.

4  **Dated:    February 14, 2007**                    **/s/  William M. Wunderlich**
   bl0dc4                                              UNITED STATES MAGISTRATE JUDGE

2