UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>    Petitioner,<br><br>    v.<br><br>DERRAL ADAMS,<br><br>    Respondent. | 1:03-CV-6431 WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION<br>(DOCUMENT #65) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 23, 2007, petitioner filed a motion to extend time to file an opposition to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted to and including **March 5, 2007** in which to file his opposition to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   March 1, 2007**           /s/  **William M. Wunderlich**
bl0dc4           UNITED STATES MAGISTRATE JUDGE