IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,          )<br>                              )<br>     Petitioner,              )<br>                              )<br>     v.                       )<br>                              )<br>DERRAL ADAMS, WARDEN,         )<br>                              )<br>     Respondent.              )<br>_____) | CV F 03-6431  WMW HC<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>[Doc. 67] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 5, 2007, Petitioner filed a motion for a thirty-day extension of time to file his opposition to Respondent's motion to dismiss. Petitioner has already been granted two extensions of time to file his opposition. Accordingly, in the interests of judicial economy, the court will not grant Petitioner an additional thirty days.  However, Petitioner is HEREBY GRANTED an extension of time

1  until March 26, 2007, to file his opposition.

3  IT IS SO ORDERED.

4  **Dated:   March 8, 2007**                     **/s/  William M. Wunderlich**
   bl0dc4                                          UNITED STATES MAGISTRATE JUDGE