IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN ELLIS PORTER, | ) | CV F 03-6431  WMW HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION |
| | ) | FOR RECONSIDERATION |
| v. | ) | |
| | ) | [Doc. 81] |
| | ) | |
| DERRAL ADAMS, WARDEN, | ) | ORDER GRANTING MOTION |
| | ) | TO PROCEED IN FORMA |
| Respondent. | ) | PAUPERIS |
| | ) | |
| _____ | ) | [Doc. 87]] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is Petitioner's motion for reconsideration.

On December 13, 2006, Respondent filed a motion to dismiss certain claims in the amended petition. On March 19, 2007, Petitioner filed an opposition to the motion to dismiss.  On August 28, 2007, the court entered an order requiring Respondent to provide a supplemental brief on the application of the actual innocence gateway to this case.  In compliance with the court's order Respondent filed that supplemental brief on September 7,

1   2007.  On September 14, 2008, the court entered judgment for Respondent.

2   On October 3, 2007, Petitioner filed a motion for reconsideration, arguing that the court had failed to consider his reply to Respondent's supplemental brief.  The court did not provide for such a response in its order requiring Respondent to file a supplemental brief, and Petitioner did not have a right to file a response.  The court required Respondent to file the supplemental brief  in order to address issues  raised by Petitioner in his opposition to the motion to dismiss.  Thus, Petitioner had already had the opportunity to brief the issues.  Therefore, was no procedural basis for Petitioner to file a response to Respondent's supplemental brief.

There being no basis for reconsideration in this case, Petitioner's motion is HEREBY DENIED.

Petitioner's motion to proceed in forma pauperis on appeal is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   March 28, 2008**             /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE